AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 4/21/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Harol Enrique Rodriguez Felix | )  Case No.  26-6099MJ |
| a.k.a. Jesus Armando Barragan Murrieta | ) |
| | ) |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

On or about March 1, 2024, in the District of Arizona, the defendant, HAROL ENRIQUE RODRIGUEZ FELIX, did knowingly possess and use an identification document not lawfully issued for his use, that is, a counterfeit Arizona identification card, with the intent such document be used to defraud the United States.

In violation of Title 18, United States Code, Section 1028(a)(4) & (b)(2).

### COUNT TWO

On or about March 1, 2024, in the District of Arizona, the defendant, HAROL ENRIQUE RODRIGUEZ FELIX, did knowingly possess and use an identification document that appeared to be issued by and under the authority of the United States, that is, a counterfeit Social Security card, knowing that such was produced without lawful authority.

In violation of Title 18, United States Code, Section 1028(a)(6) & (b)(2).

### COUNT THREE

On or about March 1, 2024, in the District of Arizona, the defendant, HAROL ENRIQUE RODRIGUEZ FELIX, did knowingly use false attestations, that is, statements that he is a citizen of the United States, that his name is "Jesus Armando Barragan Murrieta", and that his Social Security Number is ***-**-7574 on an employment eligibility Form I-9, Employment Eligibility Verification, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1546(b)(3).

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

AUTHORIZED BY:   AUSA LeighAnn M. Thomas

☒ Continued on the attached sheet.

ERIC P JOHNSO
Digitally signed by ERIC P JOHNSON
Date: 2026.04.21 10:24:53 -07'00'

_Complainant's signature_

Eric P. Johnson
HSI Special Agent

_Printed name and title_

Sworn to telephonically.

Date:    April 21, 2026@12:06pm

_Judge's signature_

ALISON S. BACHUS
United States Magistrate Judge

City and state:  Phoenix, Arizona

_Printed name and title_

**STATEMENT OF PROBABLE CAUSE**

I, Special Agent Eric P. Johnson, declare under penalty of perjury that the following is true and correct.

1. I am a Special Agent with Homeland Security Investigations (HSI).  I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about February 2, 2026, HSI personnel served Green Tanner Industrial Construction LLC (Green Tanner) with a Notice of Inspection, requiring the company to produce their Employment Eligibility Verification Forms (Verification Form I-9) and supporting documentation within three business days. Green Tanner was served the Notice at its office at 3125 S. Price Rd., Unit 120, in Chandler, Arizona.

3. On or about February 6, 2026, HSI received data from Green Tanner in response to the Notice of Inspection. Pursuant to the Notice of Inspection, HSI received a copy of the Verification Form I-9 for employee "Jesus Armando Barragan Murrieta" as well as a photocopy of an Arizona identification card displaying ID number XXXX4330, a DOB of 12/XX/1988, an address in Phoenix, Arizona, and the name "Jesus Armando Barragan Murrieta." Green Tanner also provided a photocopy of a Social Security card displaying Social Security number ***-**-7574 and the name "Jesus Armando Barragan Murrieta" with no signature.





4. Upon searching the Arizona ID number in a government database, which allows for the sharing of criminal justice and public safety information among law enforcement agencies, the Arizona ID number produced an individual with an address in Tucson, Arizona and a photo that does not match the photo on the ID provided to Green Tanner.

5. Agents then researched financial transactions associated with the phone number submitted on the Form I-9. Results showed that an individual named HAROL ENRIQUE RODRIGUEZ FELIX (RODRIGUEZ FELIX) had provided the telephone number several times between 2024 and 2025 to make financial transactions. The financial report showed RODRIGUEZ FELIX's date of birth to be 07/XX/1990 and

address to be 822 South Greenleaf Lane, in Avondale, Arizona. This is the same address listed on the Verification Form I-9.

6. Immigration history checks revealed RODRIGUEZ FELIX to be a citizen of Mexico. RODRIGUEZ FELIX does currently hold a Border Crossing Card (BCC), however these cards only allow for short visits to the United States, typically up to 72 hours, and have geographical limitations, typically allowing travel no more than 25 miles from the border, sometimes up to 75 miles. Therefore, RODRIGUEZ FELIX is prohibited from working in the United States or even traveling as far as the Green Tanner worksite. There is no record of RODRIGUEZ FELIX in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to remain, reside or be employed in the United States.

7. Agents also conducted records checks on Social Security number ***-**-7574 which revealed that number does not belong to RODRIGUEZ FELIX.

8. According to immigration records, RODRIGUEZ FELIX last entered the United States on or about December 10, 2023, and photos of his encounter are consistent with the photo on the Arizona ID documents presented to Green Tanner for his Verification Form I-9.



3

9. A Verification Form I-9 contains two sections.  Section 1 contains the "Employee Information and Attestation" for the employee to fill out, sign and date.  Section 1 of the Verification Form I-9 for employee "Jesus Armando Barragan Murrieta" contains an "x" next to the box stating that the employee is a "citizen of the United States."  It further contains a provision in bold stating, "I am aware that federal law provides for imprisonment and/or fines for false statements, or the use of false documents, in connection with the completion of this form. I attest, under penalty of perjury, that I am a citizen of the United States."  It further states that "I did not use a preparer or translator" in the competition of the form.  Underneath that attestation is a box for the signature of the employee which contains a signature appearing to be "Jesus B" with a signature date of March 1, 2024.  The Verification Form 1-9 is signed by a recruiter for Green Tanner dated March 1, 2024.  The first date of employment is listed as March 1, 2024.

10. On March 4, 2026, agents conducted surveillance at an address in Avondale, Arizona associated with RODRIGUEZ FELIX.  During that time, they observed a person whose appearance is consistent with the photographs from RODRIGUEZ FELIX's December 2023 contact. Agents again observed the same individual during surveillance efforts on March 5, 2026.

11. On April 21, 2026, agents again conducted surveillance at the address in Avondale. At approximately 5:30 A.M., agents observed the individual believed to be RODRIGUEZ FELIX get into a vehicle registered to him and depart the apartment complex. Agents initiated a traffic stop and confirmed RODRIGUEZ FELIX's identity through the

4

Mexican ID he had in his possession. He was taken into custody without issue and was transported to the HSI field office in Scottsdale, Arizona for further processing.

12. At approximately 7:00 A.M., RODRIOGUEZ FELIX was read his *Miranda* rights in Spanish, after which he agreed to speak to agents. RODRIGUEZ FELIX was shown copies of the fraudulent Arizona identification card and Social Security Card, at which time he acknowledged that he had obtained them for the purposes of getting a job with Green Tanner Industrial (GTI). RODRIGUEZ FELIX admitted that he sent his photo to an individual and subsequently met them at a location he could not recall and was given the documents through the window of a vehicle. When asked about the Verification Form I-9, RODRIGUEZ FELIX stated he did not know if that was the form he signed, but he acknowledged that he input his false information into a link sent to him by GTI and uploaded copies of the fraudulent documents. When asked if he stated on the application that he was a United States Citizen, he could not remember, but he subsequently stated that he got the fraudulent documents for the purpose of claiming U.S. Citizenship in order to obtain employment at GTI. RODRIGUEZ FELIX stated that he knew what he was doing was wrong and that he did so only for the purposes of getting the job, which he acknowledged he could not do with the Border Crossing Card that he had.

13. For these reasons, this affiant submits that there is probable cause to believe that on or about March 1, 2024, the date the Verification Form I-9 was signed, Harol Enrique Rodriguez Felix, an alien, did knowingly possess and use an identification document not lawfully issued for his use, that is, a counterfeit Arizona identification card, with

5

the intent that such document be used to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4) & (b)(2).

14. In addition, this affiant submits that there is probable cause to believe that Harol Enrique Rodriguez Felix did knowingly possess and use an identification document that appeared to be issued by and under the authority of the United States, that is, a counterfeit Social Security card, knowing that such card was produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(6) & (b)(2).

15. Further, this affiant submits that there is probable cause to believe that Harol Enrique Rodriguez Felix did knowingly use a false attestation, that is, a statement that he is a United States Citizen with the name Jesus Armando Barragan Murrieta, and that his Social Security number is ***-**-7574 on an employment eligibility Verification Form I-9, in violation of Title 18, United States Code, Section 1546(b)(3).

//

//

//

//

//

//

//

//

//

//

16. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 18, United States Code, Section 1028(a)(4), 1028(a)(6) & (b)(2), and Title 18, United States Code, Section 1546(b)(3).

ERIC P JOHNSO
Digitally signed by
ERIC P JOHNSON
Date: 2026.04.21
10:25:57 -07'00'

Eric P. Johnson
Special Agent
Homeland Security Investigations

Sworn to telephonically on
April 21, 2026

ALISON S. BACHUS
United States Magistrate Judge

7